UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

SEHRA WAHEED,

           **Plaintiff**

        **-against-**                        **25-cv-07751(ALC)**

FRANK J. BISIGNANO *in his capacity as the*       **ORDER**
*Commissioner of the Social Security*
*Administration*, **ET AL.**,

               **Defendants.**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       Before the Court are Plaintiff's Motion to Amend the Complaint (Dkt. No. 23); Motion

for Emergency Virtual Hearing (Dkt. No. 25); and Motion for Court Appointed Counsel and

ECF Access (Dkt. No. 27). The Court hereby **GRANTS** Plaintiff's Motion to File an Amended

Complaint (Dkt. No. 23) pursuant to Federal Rule of Civil Procedure 15(a). Plaintiff's Motion

for a virtual hearing (Dkt. No. 25) is similarly **GRANTED**. The Parties shall appear for a

telephonic conference before this Court on **December 2, 2025 at 4:30 PM**. All parties shall

appear and should contact the Court at **1-855-244-8681 (access code: 2305 370 0226#).**

       Plaintiff's request that the Court appoint counsel (Dkt. No. 27), however, is **DENIED**.

Unlike in a criminal case, Plaintiff is not entitled to a court-appointed attorney in a civil case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be

taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444–45 (1962). Plaintiff's request for ECF access is **DENIED** as

moot because the Court has already issued a separate Order granting Plaintiff ECF access.The

Clerk of Court is respectfully directed terminate the motions pending at Dkt. Nos. 23, 25, and 27.

**SO ORDERED.**

**Dated:**   **November 26, 2025**
            **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**

2