UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SEHRA WAHEED,

                     Plaintiff,      :         25-CV-7751 (ALC) (RWL)

           - against -

                                  :        **ORDER**

MOLLY WASOW PARK, ET AL.,

              Defendants.   :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's Emergency Motion for Injunctive Relief filed at

Dkt. 85.  Defendants HRA and DSS shall file a response by March 11, 2026.

                            SO ORDERED.

                           _____

                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: March 4, 2026
       New York, New York

Copies transmitted this date to all counsel of record.