By separate order, the Court is directing the Clerk of Court to prepare a summons for the newly named attorney defendants and for service of same by the U.S. Marshal. It is premature to address the purported conflict-of-interest issue raised by Plaintiff.

SO ORDERED:

3/11/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA MAIL / NYSCEF**

Dated: March 6th 2026

To: **HON. ROBERT W. LEHRBURGER**

United States District Magistrate Judge

CC: **HON. ANDREW L. CARTER**

United States District Court

Southern District of New York

Daniel Patrick Moynihan Courthouse

500 Pearl St.

New York, NY 10007

Re: **Letter Motion Requesting Clarification Regarding Service of Process On Attorney Defendants**

Waheed v. Park, et al.,  Case # **25-cv-7751 (ALC) (RWL)**

Dear Judge Lehrburger,

Plaintiff respectfully submits this letter requesting clarification from the Court regarding Service of Process and Issuance of Summons for the Attorney defendants named in the Amended Complaint. As reflected in the operative pleadings, the Amended Complaint names the following defendants:

> **Victor I. Ivanoff, Esq.,** Individually and in his professional capacity
>
> **Martin Clearwater & Bell LLP**
>
> **Corey Lee Wishner, Esq.**, Individually and in his professional capacity
>
> **Gina Bernardi DiFolco, Esq**., Individually and in her professional capacity
>
> **McAloon & Friedman, P.C.**

These defendants are alleged to have engaged in litigation conduct that forms part of the constitutional and civil-rights violations underlying this action.

1