UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEHRA WAHEED,                      :

                                        :

                 Plaintiff,         :         25-CV-7751 (ALC) (RWL)

                                          :

         - against -                 :

                                          :                 **ORDER**

MOLLY WASOW PARK, ET AL.,         :

                                          :

                 Defendants.     :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Victor I. Ivanoff, Martin Clearwater & Bell LLP, Corey Lee Wishner, Gina Bernardi DiFolco, and McAloon & Friedman, P.C. (the "New Defendants"), through the U.S. Marshals Service, the Clerk of Court is instructed to issue a summons and complete a U.S. Marshals Service Process receipt and Return Form (USM-285 form) for the New Defendants at the addresses listed below:

> **Victor I. Ivanoff, Esq.**
> 220 East 42nd Street, 13th Floor
> New York, New York 10017
>
> **Martin Clearwater & Bell LLP,**
> 220 East 42nd Street, 13th Floor
> New York, New York 10017
>
> **Corey Lee Wishner, Esq.**
> One State Street Plaza, 23rd Floor
> New York, New York 10004-1561
>
> **Gina Bernardi DiFolco, Esq.**
> One State Street Plaza, 23rd Floor
> New York, New York 10004-1561
>
> **McAloon & Friedman, P.C.**
> One State Street Plaza, 23rd Floor
> New York, New York 10004-1561

1

The Clerk of Court is further instructed to deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service of the summons for the New Defendants and the operative complaint at Dkt. 81 on those defendants.

The Marshals Service shall then serve the New Defendants.

However, it is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 11, 2026
          New York, New York

Copies transmitted this date to all counsel of record.

2