UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SEHRA WAHEED,                                    :
                                                 :
                          Plaintiff,             :         25-CV-7751 (ALC) (RWL)
                                                 :
          - against -                            :
                                                 :         **ORDER**
MOLLY WASOW PARK, ET AL.,                         :
                                                 :
                          Defendants.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed numerous overlapping and duplicative motions, briefs and pleadings. Defendants need not respond to Plaintiff's supplemental motion at Dkt. 107. The briefing on Plaintiff's motion for preliminary injunction is complete. The Court will schedule a conference at which all pending motions will be discussed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 18, 2026
          New York, New York

Copies transmitted this date to all counsel of record.