UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Sehra Waheed ,                                          :               25-cv-7751  (ALC) (RWL)

                                    Plaintiff,          :

                                                        :               **MOTION**
              - against -                               :               **CONFERENCE ORDER**

                                                        :

Molly Wasow Park, et.al.,                               :

                                                        :
                                    Defendants.  :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**


     ORDER: Motion conference set for **April 1, 2026, at 9:30 a.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.


     SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE


Dated: March 18, 2026
    New York, New York

Copies transmitted this date to all parties of record