UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEHRA WAHEED,                                      :
                                                   :
                          Plaintiff,               :            25-CV-7751 (ALC) (RWL)
                                                   :
         - against -                               :
                                                   :            **ORDER**
MOLLY WASOW PARK, ET AL.,                           :
                                                   :
                          Defendants.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed and resolved at the hearing held on April 1, 2026, and for the reasons stated on the record:

1.      The Court finds that Plaintiff is not entitled to preliminary injunctive relief and recommends that Plaintiff's motion for preliminary injunction at Dkt. 85 and motion to compel compliance at Dkts. 94 and 107 be denied.  As was also stated on the record, any objections must be filed within 14 days from today, and any response to those objections must be filed within 14 days of the date when the objections were filed.  Failure to file objections within 14 days will result in waiver of the right to object and also the right to appeal.

2.      The Court grants Defendants leave to file their proposed motion to dismiss. (See Dkt. 88.)  Defendants shall file their motion by **April 22, 2026**.  Plaintiff shall file any opposition to the motion by **May 22, 2026**.  Any reply from Defendants shall be filed by **June 5, 2026**.

3.      Because this case initially included a benefits claim against the Commissioner of the United States Social Security Administration, filings were automatically sealed.  On December 19, 2025, the Court dismissed Plaintiff's claim

1

against the Commissioner.  (Dkt. 55.)   There is no basis to maintain a blanket seal on all filings, and the Court will issue an order unsealing all docket entries, including those already filed.  The Court will, however, give the parties an opportunity to inform the Court whether there is any particular information the parties believe should remain under seal.  Accordingly, by **April 22, 2026**, any party requesting that information remain under seal must file a request identifying the information at issue and providing reasons for sealing that outweigh the presumption of public access.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 85, 88, 94, and 107.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 1, 2026
      New York, New York

Copies transmitted this date to all counsel of record.