UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEHRA WAHEED,                                         :
                                                     :
                              Plaintiff,             :        25-CV-7751 (ALC) (RWL)
                                                     :
               - against -                           :
                                                     :        **ORDER**
MOLLY WASOW PARK, ET AL.,                             :
                                                     :
                              Defendants.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In the wake of this Court's issuing a Report and Recommendation to deny Plaintiff's request for preliminary injunctive relief (Dkt. 112), Plaintiff has filed another emergency application at Dkt. 118, which is being addressed by a separate order. Plaintiff has also filed a letter at Dkt. 119 requesting appointment of pro bono counsel and several other requests for relief. This order addresses those requests.

The request for pro bono counsel is DENIED. Judge Carter previously denied appointment of pro bono counsel on November 26, 2025. (Dkt. 34.) Although several months have lapsed since then, and Plaintiff asserts that her situation has grown more dire, her filings to date seeking emergency relief have proven to be non-meritorious, and the City defendants will shortly be filing their motion to dismiss. Accordingly, Plaintiff's request is denied without prejudice to a later application in the event the motion to dismiss is denied in whole or in part.

Plaintiffs' other requests set forth in Dkt. 119 are largely duplicative of the issues addressed within the earlier preliminary injunction motion and will not be revisited here.

1

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 119.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2026
        New York, New York

Copies transmitted this date to all counsel of record.