UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEHRA WAHEED,                                            :
                                                        :
                               Plaintiff,               :        25-CV-7751 (ALC) (RWL)
                                                        :
               - against -                              :
                                                        :        **ORDER**
MOLLY WASOW PARK, ET AL.,                                :
                                                        :
                               Defendants.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order addresses Plaintiff's motion at Dkt. 116 requesting redaction and restricted access for sensitive filings. The motion is granted as qualified below.

The information at issue includes social security disability records; social security income payment schedules and benefit calculations; personal financial information, and personal medical information. Those items may be filed under seal in their entirety.

Other materials listed by Plaintiff include "housing instability documentation"; "eviction history"; "storage-loss documentation"; and "subsistence-level benefit data." These categories are ambiguous and over-inclusive. Accordingly, materials falling into these categories may be redacted for filing under seal only to the extent the information falls within the other categories; namely, social security disability records; social security income payment schedules and benefit calculations; personal financial information; and personal medical information.

The parties shall follow the Court's rules for filing documents under seal. For filings that are only redacted in part for sealing, the party must file both a redacted public version and a sealed non-redacted version.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 116.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2026
       New York, New York

Copies transmitted this date to all counsel of record.