UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SEHRA WAHEED,                          :
                                       :
                    Plaintiff,         :          25-CV-7751 (ALC) (RWL)
                                       :
        - against -                    :
                                       :          **ORDER**
MOLLY WASOW PARK, ET AL.,              :
                                       :
                    Defendants.        :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is cognizant of the Commissioner's questions posed in the letter at Dkt.

145 and will address them following the forthcoming order on Plaintiff's objections to the

report and recommendation currently before Judge Carter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 26, 2026
       New York, New York

Copies transmitted this date to all counsel of record.

1