UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEHRA WAHEED,                            :
                                         :
                          Plaintiff,     :        25-CV-7751 (ALC) (RWL)
                                         :
          - against -                    :
                                         :        **ORDER**
MOLLY WASOW PARK, ET AL.,                :
                                         :
                          Defendants.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 8, 2026, Plaintiff filed a letter "in response to Defendants' June 6, 2026 filing" requesting a pre-motion conference to address filing of a motion to dismiss by Defendants Gina Bernardi Difolco, Corey Lee Wishner, and Macaloon & Friedman, P.C. (Dkt. 162 at 2.) The Court addresses the various issues raised therein.

1.      Plaintiff's request for 30 days to retain counsel before requiring a substantive response to Defendants' motion or conducting any conference regarding dismissal is DENIED. The Court already acted on the June 6, 2026 pre-motion letter by granting Defendants leave to file their intended motion to dismiss. (Dkt. 161.) Plaintiff's request is moot insofar as it concerns any substantive response to the June 6, 2026 letter. Further, Defendants' motion is not due to be filed until July 10, 2026, more than 30 days after the June 6, 2026 letter. Regardless, Plaintiff has had extensive time within which to retain counsel, whether before or after Plaintiff commenced this case.

2.      Most of Plaintiff's June 8, 2026 letter concerns an alleged conflict of interest arising from Defendants being represented by members of their own firm. On June 10, 2026, however, counsel from a different firm appeared on behalf of Defendants. (Dkt. 164.) Accordingly, the issue raised by Plaintiff has been rendered moot. As for filings

1

already of record, they remain operative as there is no inherent conflict and any attorney-as-witness conflict issue was premature at the time of those filings.

3.     Plaintiff asserts that she did not receive the June 6, 2026 letter by email and requests that the Court "[r]equire proper service of all filings associated with Document No. 160." (Dkt. 162 at 6.)  Plaintiff previously has consented to electronic service (Dkt. 7), and requested (Dkt. 11) and received (Dkt. 33) permission to file electronically.  Plaintiff is deemed to have been served with any filing made on the electronic case filing system at the time it is filed by the opposing party.  Accordingly, Defendants are deemed to be compliant with service requirements and there is no basis for the requested relief.

The relief requested by Plaintiff in Dkt. 162 is DENIED.  To the extent not discussed above, the Court has considered Plaintiff's arguments but found them to be either moot or without merit.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 162.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  June 18, 2026
        New York, New York

Copies transmitted this date to all parties of record.

2