UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEHRA WAHEED,                                    :
                                                 :
                          Plaintiff,             :          25-CV-7751 (ALC) (RWL)
                                                 :
            - against -                          :
                                                 :          **ORDER**
MOLLY WASOW PARK, ET AL.,                         :
                                                 :
                          Defendants.            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's requests for relief at Dkt. 172.

1.      The Court has acted on the request of MCB Defendants (including Ivanoff) for a pre-motion conference.  (*See* Dkt. 174.)

2.      With respect to any document filed by Defendants on ECF, the filing Defendant(s) shall at the time of filing also send a copy of the filing to Plaintiff at the email address identified on ECF.

3.      Plaintiff's request to file "Exhibits G and H as supplemental exhibits to her prior submission" is denied without prejudice.  Plaintiff has not identified to which "prior submission" she refers.

4.      The Court has previously addressed (and denied) Plaintiff's repeated requests to defer conferences or further proceedings to afford her an opportunity to retain counsel.

5.      To the extent Plaintiff's filing at Dkt. 172 seeks any other relief, it is denied.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2026
        New York, New York

Copies transmitted this date to all counsel of record.