JOSEPH SALVO
PARTNER
JSALVO@GRSM.COM

ALEXANDRA SANDLER
ATTORNEY
ASANDLER@GRSM.COM

Granted.
SO ORDERED:
7/8/2026
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM
ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM
(212) 269-5500

July 7, 2026

**VIA ECF**
Honorable Andrew Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

**RE:** ***Sehra Waheed v. Molly Wasow Park et al.***
**Letter Requesting Modification of Briefing Schedule**

This firm represents Defendants McAloon & Friedman, P.C. ("McAloon & Friedman), Corey Wishner ("Wishner"), and Gina Bernadi DiFolco ("DiFolco") in the above-referenced matter. Defendants respectfully request a modification of the briefing schedule governing Defendants' anticipated motion to dismiss. Plaintiff consents to this request.

Counsel for Defendants has recently experienced unforeseen emergencies and, as a result, is in need of a brief extension of time to file Defendants' motion to dismiss. Accordingly, the parties respectfully request that the Court modify the briefing schedule as follows:

(1) Defendants' motion to dismiss shall be filed and served on or before July 24, 2026;
(2) Plaintiff's opposition shall be filed and served on or before August 24, 2026; and
(3) Defendants' reply shall be filed and served on or before September 7, 2026.

This request is made in good faith and is not sought for purposes of delay. We thank the Court for the Court's consideration of this request.

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Alexandra Sandler*
Alexandra Sandler, Esq.