UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEHRA WAHEED,

Plaintiff,

- against -

MOLLY WASOW PARK, ET AL.,

Defendants.

25-CV-7751 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter posted on July 6, 2026, at Dkt. 181 (which letter either is more than two months old or is misdated by Plaintiff as executed on April 27, 2026). The procedural management of Plaintiff's claim against the SSA Commissioner was addressed by separate order at Dkt. 183. To the extent necessary, the Court will address compliance with briefing requirements in rulings with respect to pending motion to dismiss and pending motion for reconsideration. Plaintiff's request to accept a "Supplemental Exhibit" is denied without prejudice as premature; such exhibit is not germane to determination of any pending motion. Plaintiff's request to accept the physician letter dated April 17, 2026 is denied; Plaintiff previously submitted the same or similar letter, which the Court considered. Plaintiff's request for limited emergency relief is denied as procedurally improper; the Court has repeatedly ruled on Plaintiff's emergency motions.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2026
New York, New York

Copies transmitted this date to all counsel of record.