UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SEHRA WAHEED,

Plaintiff,

- against -

MOLLY WASOW PARK, ET AL.,

Defendants.

---------------------------------------------------------------X

25-CV-7751 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Clerk of Court is respectfully directed to strike the filings at Dkts. 191 and 192 as they are duplicative of previously filed documents and concern the recently severed claim, which is now docketed under case number 26-CV-5990.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 20, 2026
New York, New York

Copies transmitted this date to all counsel of record.