UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEHRA WAHEED, Plaintiff, | : | 25-CV-7751 (ALC) (RWL) |
| - against - | : | **ORDER** |
| MOLLY WASOW PARK, ET AL., Defendants. | : | |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of multiple emails, including attachments for filing, sent by Plaintiff on September 23, 24, and 25, 2026. The emails indicate that Defendants were "cc'd." The emails describe Plaintiff's desperate circumstances of now being homeless.

By **September 29, 2026**, Defendants shall file a letter advising on the status of Plaintiff's SNAP benefits and EBT card, and the most expedient way for Plaintiff to obtain a replacement EBT card and whether there is any remote means of doing so. The letter shall also identify other services or benefits of which Plaintiff can avail herself given her circumstances and provide contact information for doing so.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2026
New York, New York

Copies transmitted this date to all parties of record.