UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEHRA WAHEED,<br><br>Plaintiff,<br><br>- against -<br><br>MOLLY WASOW PARK, ET AL.,<br><br>Defendants. | 25-CV-7751 (ALC) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the City's letter and declaration explaining the City's efforts to assist Plaintiff and providing her with contact information for a variety of resources. The letter complies with the Court's request (Dkt. 244), and the Court appreciates the detail provided.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 246 and 250.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 1, 2026
New York, New York

Copies transmitted this date to all parties of record.