UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEHRA WAHEED, Plaintiff, - against - MOLLY WASOW PARK, ET AL., Defendants. | 25-CV-7751 (ALC) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Despite repeated directions not to do so, Plaintiff has continued to send by email directly to chambers correspondence and filings with the court, in many instances without even sending them to the pro se office. All electronically transmitted pro se filings must be submitted directly to the pro se office through the pro se portal and not to the judges' chambers. Chambers staff will not review or consider filings emailed to chambers.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2026
New York, New York

Copies transmitted this date to all parties of record.