UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SEHRA WAHEED,

Plaintiff,

- against -

FRANK J. BISIGNANO, *Commissioner of Social Security*,

Defendant.

---------------------------------------------------------------X

26-CV-5990 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter motion at Dkt. 284 in related case 25-CV-7751. That letter motion concerns the instant case challenging a decision of the Social Security Administration. Plaintiff requests an extension of 45 days to respond to the Commissioner's motion to dismiss, which was filed November 6, 2026. The request is granted in part. Plaintiff shall file a response to the motion to dismiss by **January 6, 2027**. The Commissioner shall file a reply, if any, by **January 20, 2027**.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 284 in 25-CV-7751.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 23, 2026
New York, New York

Copies transmitted this date to all parties of record.